# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| MicroTechnologies, LLC | ) | ASBCA No. 60261 |
| | ) | |
| Under Contract No. W91QUZ-11-D-0010 | ) | |

APPEARANCE FOR THE APPELLANT:     Jessica Lehman, Esq.
    Corporate Counsel

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    MAJ Stephen P. Smith, JA
    CPT Meghan E. Mahaney, JA
    Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 26 April 2017

DONALD E. KINNER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60261, Appeal of MicroTechnologies, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals